The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROSEMARY SAFFIOTI, individually and as
Personal Representative of the ESTATE OF
MICHAEL SAFFIOTI, et. al,

                    Plaintiff,

     v.

SNOHOMISH COUNTY, a municipal
corporation, et. al.,

                   Defendants.

Case No. 2:14-cv-00361-TSZ

SECOND DECLARATION OF MICHAEL
HELD IN SUPPORT OF THE MOTION TO
QUASH SUBPOENA AND GRANT
PROTECTIVE ORDER

I, Michael Held, being over 18 years of age and otherwise competent to testify, hereby declare under penalty of perjury pursuant to the laws of the State of Washington, that the following is true to the best of my knowledge.

1.  I am Deputy Prosecuting Attorney for Snohomish County and a licensed attorney.    I am the lead attorney of the Civil Division's Litigation and Tort unit.  I supervise Tad Seder and Hillary Evans Graber.

2.  Attached hereto as Exhibit A are true and correct copies of the transcript of the Deposition of Thomas Vernon.

SECOND HELD DECLARATION - 1

Cause No. 2:14-cv-00361-TSZ

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX  (425)388-6333

DATED this 22nd day of May 2015.

MARK K. ROE
Snohomish County Prosecuting Attorney

By:___/s/ Michael C. Held_____
Michael Held, WSBA No. 19696
Deputy Prosecuting Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

SECOND HELD DECLARATION - 2

Cause No. 2:14-cv-00361-TSZ

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

## CERTIFICATE OF SERVICE

I hereby declare I served a true and correct copy of the foregoing Declaration of Michael C. Held upon the person/persons listed by the method(s) indicated:

| | |
|---|---|
| James S. Rogers, WSBA #5335<br>Cheryl Snow, WSBA #26757<br>Elizabeth J. Donaldson, WSBA #45291<br>Law Offices Of James S. Rogers<br>1500 Fourth Avenue, Suite 500<br>Seattle, WA 98101<br>Phone: (206) 621-8525<br>Fax: (206) 223-8224<br>jsr@jsrogerslaw.com<br>csnow@jsrogerslaw.com<br>liz@jsrogerslaw.com<br>*Attorneys for Plaintiffs* | ☒ Electronic Filing (CM/ECF)<br>☐ Facsimile<br>☐ Express Mail<br>☐ Email<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Michael A. Jaeger, WSBA #23166<br>Jodi M. Held, WSBA #19952<br>Lewis Brisbois Bisgaard & Smith LLP<br>2101 Fourth Avenue, Suite 700<br>Seattle, WA 98121<br>Phone: (206) 436-2020<br>Fax: (206) 436-2030<br>Michael.jaeger@lewisbrisbois.com<br>Jodi.held@lewisbrisbois.com<br>*Attorneys for Defendant Aramark Correctional Services, LLC* | ☒ Electronic Filing (CM/ECF)<br>☐ Facsimile<br>☐ Express Mail<br>☐ Email<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>1 Market Street, Suite 2200<br>San Francisco, CA 94105<br>Phone: (415) 957-3000<br>bakelly@duanemorris.com<br>*Admitted Pro Hac Vice*<br>*Attorney for Defendant Aramark Correctional Services, LLC* | ☒ Electronic Filing (CM/ECF)<br>☐ Facsimile<br>☐ Express Mail<br>☐ Email<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

SECOND HELD DECLARATION - 3

Cause No. 2:14-cv-00361-TSZ

| | |
|---|---|
| Sean B. Malcolm, WSBA No. 36245 | ☒ Electronic Filing (CM/ECF) |
| Sean B. Malcolm, PLLC | ☐ Facsimile |
| 5400 Carillon Point | ☐ Express Mail |
| Kirkland, WA 98033 | ☐ Email |
| Phone: (206) 659-9514 | ☐ U.S. Mail |
| Fax: (206) 425-968-9511 | ☐ Hand Delivery |
| sean@kirklandtriallawyer.com | ☐ Messenger Service |

I declare under the penalty of perjury of the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

SIGNED at Everett, Washington, this 22 day of May, 2015.

By: /s/ Robert Tad Seder
ROBERT TAD SEDER, WSBA #14521

SECOND HELD DECLARATION - 4

Cause No. 2:14-cv-00361-TSZ

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

# EXHIBIT A

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

---

ROSEMARY SAFFIOTI, individually )
and as Personal Representative of )
the ESTATE OF MICHAEL SAFFIOTI, )
deceased, and GIOVANNI SAFFIOTI, )
individually, )
)
        Plaintiffs, )
   vs. )
)
SNOHOMISH COUNTY, a municipal )
corporation, LENNON DEL ROSARIO, )  No. 14-CV-00361-TSZ
BRIAN QUINN, JEFFREY LANGSAM, )
LAUREN KOOIMAN, LYNDA SIMON, )
and BETTY MARLIN, BETTY LUSK, )
and ARAMARK CORRECTIONAL )
SERVICES LLC, a limited )
liability company organized )
under the laws of the State of )
Delaware, )
)
        Defendants. )

---

DEPOSITION UPON ORAL EXAMINATION

OF

THOMAS M. VERNON

---

Snohomish County Prosecutor's Office

3000 Rockefeller Avenue, 8th Floor

Everett, Washington

DATE:  Thursday, May 7, 2015

REPORTED BY:  Donald W. McKay, RMR, CRR, CCR 3237

**Thomas Vernon**
**May 7, 2015**

1    any recollection you might have had about the day that

2    Mr. Saffioti died?  When is the first time someone

3    contacted you about that?

4        A.  I was already retired.  I can't remember exactly

5    when the contact --

6        Q.  But you had already retired?

7        A.  Yes.

8        Q.  That was in August of 2014?

9        A.  Um-hmm.

10       Q.  So more than two years after Mr. Saffioti's

11   death?

12       A.  Yeah.

13       Q.  Who contacted you?

14       A.  The prosecutor's office.

15       Q.  Did you retain them to represent you in

16   connection with --

17       A.  Yeah.

18           MR. SEDER:  Mr. Vernon, one thing you're doing a

19   little bit is saying uh-huh, which is okay; but if you

20   say yes, the transcript will read a little better.

21           THE WITNESS:  I'm sorry.  I apologize.

22   BY MR. KELLY:

23       Q.  Do you remember who from the prosecutor's office

24   contacted you?

25       A.  I think it was Hillary.

                                                          24

**Thomas Vernon**
**May 7, 2015**

1          THE WITNESS:  I got multiple calls --

2   BY MR. KELLY:

3       Q.  Right.

4       A.  -- from different modules all the time.

5       Q.  Correct.

6       A.  So no, it would be hard to remember one call.

7       Q.  Particularly two years after the fact.

8       A.  Right.

9       Q.  So what was told to you and what you did, you

10  can't say.

11      A.  No.

12      Q.  So you don't have a specific recollection of

13  someone calling you and saying that there was even an

14  inmate in any of the modules that night that had any

15  type of an allergy.

16          MR. SEDER:  Objection, form.

17          You may respond.

18          THE WITNESS:  Could you repeat that.

19  BY MR. KELLY:

20      Q.  You don't have any recollection, as you sit here

21  today, that you had a call, while you were working on

22  July 2nd or July 3rd, 2012, that there was a need for

23  any special diet or an allergy of any worker.  Correct?

24      A.  No.

25      Q.  And you can't tell me anybody that you would

28

**Thomas Vernon**
**May 7, 2015**

1   there being a call that came in at 5:50 a.m. from

2   Del Rosario.  Correct?

3          MR. SEDER:  Objection, form.

4          You may answer.

5          THE WITNESS:  I don't exactly recall getting a

6   phone call from him.

7   BY MR. KELLY:

8      Q.  In fact, you testified that you have no

9   recollection on this day of getting a phone call from

10  anyone.  Correct?

11     A.  Well, I received phone calls, but I don't know

12  who they were all from anymore, no.

13     Q.  As you're sitting here today -- which I

14  appreciate this is two years after -- you can't be

15  expected to remember everything -- you just don't

16  remember, one way or the other, who called or if anyone

17  called on that particular day.

18     A.  Correct.

19     Q.  So paragraph seven, you would agree that that's

20  not a true statement of your recollection.

21     A.  Correct.

22     Q.  Then the same is true with paragraph eight.  You

23  would agree that that's not a true statement of your

24  recollection at the time that you signed this

25  declaration.  Correct?

                                                        35